Glenn Solomon #833287
1001 SW Fifth Avenue #1414
Portland, Oregon 97204
(503) 241-3508
glensol@aol.com

Attorney for Plaintiff

IN THE UNTITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAMONT KELLER, II and PATRICIA KELLER, | ) ) ) |
| Plaintiffs, | ) No. 3:12-cv-02322PK ) |
| v. | )  UNOPPOSED VOLUNTARY )  DISMISSAL WITH PREJUDICE |
| CAL-AM PROPERTIES, INC. a foreign corporation, | ) ) ) |
| Defendant. | ) |

The plaintiffs, by and through counsel, hereby voluntarily dismiss the above captioned case with prejudice and without costs or attorney fees to either side, and in support thereof state that:

1. This dismissal is unopposed.

2. The dismissal takes place pursuant to the terms a settlement.

*/s/Glenn Solomon*
Glenn Solomon
Attorney for Plaintiffs

1. VOLUNTARY DISMISSAL